Christopher P. Fields (SBN 174155)          **E-filed 7/18/07**
LEE & FIELDS
A Professional Corporation
3701 Wilshire Boulevard, Suite 510
Los Angeles, California 90010
(213) 380-5858

Attorney for Defendants,
TOTAL SALES USA, INC., a California corporation, and
JOHN CHEON, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL SALES USA, INC., a California corporation, E-LOTUSLAND, INC., a California corporation, and JOHN CHEON, an individual,<br><br>Defendants. | Case No.: 07-00455 JF PVT<br><br>**STIPULATION TO WITHDRAW REQUEST FOR DEFAULT AND EXTEND TIME IN WHICH TO RESPOND** |

Come now Plaintiff, LD PRODUCTS, INC., a California corporation, and Defendants TOTAL SALES USA, INC., a California corporation, and JOHN CHEON, an individual, by and through their attorneys of record Karl S. Kronenberger for the Plaintiff and Christopher P. Fields for the Defendants and hereby stipulate as follows:

1. Any and all requests for default against defendants TOTAL SALES USA, INC., a California corporation and/or JOHN CHEON, an individual, are hereby set aside; and

////

////

////

////

2. The Parties agree that Defendants shall have up to and including March 2, 2007 to respond to the Complaint filed by Plaintiffs herein.

SO STIPULATED:

Dated: February 27, 2007

LEE & FIELDS
A Professional Corporation

By: _____
Christopher P. Fields
Attorney for Defendants
TOTAL SALES USA, INC.
and JOHN CHEON

Dated: 2-27-07

KRONENBERGER BURGOYNE, LLP

By: _____
Karl S. Kronenberger
Attorney for Plaintiff
LD PRODUCTS, INC, a
California Corporation

IT IS SO ORDERED:

Dated: 7/18/07

_____
DISTRICT COURT JUDGE
Jeremy Fogel

STIPULATION TO WITHDRAW REQUEST FOR DEFAULT AND EXTEND TIME IN WHICH TO RESPOND
2